**Order entered June 30, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00369-CV

### IN THE INTEREST OF L.D.R. AND D.J., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-04007-R**

### ORDER

The reporter's record in this accelerated termination of parental rights appeal is overdue. Because these types of appeals must be handled expeditiously, we **ORDER** Stacy Harlow, Official Court Reporter for the 254th Judicial District Court, to file the reporter's record within **FIVE DAYS** of the date of this order. In the event Ms. Harlow did not record the proceedings in this case, we order her to provide the Court, within **THREE DAYS** of the date of this order, with the name and contact information for the court reporter who recorded the proceedings.

The Clerk of the Court is **DIRECTED** to send a copy of this order to:

Honorable Kimberly Brown
Presiding Judge
254th Judicial District Court

Stacy Harlow
Official Court Reporter
254th Judicial District Court

All parties


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE